**18966. CLIETT v. THE STATE.**

DECIDED APRIL 9, 1924.

*R. D. Feagin, W. D. Aultman,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

BROYLES, C. J. (After stating the foregoing facts.) From the ruling of the Supreme Court it follows that the trial court erred in striking the plea of former jeopardy and that the subsequent proceedings in the case were nugatory.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*